

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB -9  PM 1:47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGIOS KALLISTIS, | * | CIVIL ACTION |
| PATRICIO MUNOZ, | * | |
| JOSE SIMEON ORTIZ REYES, | * | NO. 11-0283 |
| MARCOS TULLIO ORELLANA TORRES, | * | |
| CARLOS IRRAEL ANDINO, | * | SECTION " " SECT. C MAG. 1 |
| PEDRO ARCHILA PINEDA, | * | |
| DANIAN KAMAR GREEN, | * | MAGISTRATE ( ) |
| ANTONIOS KAPANTAIS, | * | |
| JOSE LUIS HERNANDES GALEA, | * | |
| JUAN EDGARDO MARTINEZ, | * | |
| DANIEL GARCIA GUEVARA, | * | |
| FRANKLIN ALBERTO ORELLANA GIRON, | * | |
| JOSUE DAVID PORTILLO TOME, | * | |
| DARWIN ALEXANDER ESTEBAN ZALDIVAR | * | |
| DIONISIO RAMOS RIVERA, | * | |
| FRANCISCO TORRES TORRES, | * | |
| GUILERMO ALFREDO MONTOYA MENDOZA | * | |
| JORGE HUMBERTY PAZ RAMIREZ | * | |
| RONALD MANUEL TREMINIO TORRES | * | |
| | * | |
| VERSUS | * | |
| | * | |
| M/V ELEFTHERIA D, engines, tackle, | * | |
| apparel, etc., *in rem*   and STANSHIPS, INC., | * | |
| *in personam* | * | |

### VERIFIED ORIGINAL COMPLAINT FOR SEAMEN'S UNPAID WAGES, DELAY WAGES, ATTORNEYS FEES AND COSTS OF LITIGATION

COME NOW Plaintiffs GEORGIOS KALLISTIS, PATRICIO MUNOZ, JOSE SIMEON

Page 1 of 7

___Fee 350
___Process___
x_Dktd___
___CtRmDep___
___Doc. No.___

ORTIZ REYES, MARCOS TULLIO ORELLANA TORRES, CARLOS IRRAEL ANDINO, PEDRO ARCHILA PINEDA, DANIAN KAMAR GREEN, ANTONIOS KAPANTAIS, JOSE LUIS HERNANDES GALEA, JUAN EDGARDO MARTINEZ, DANIEL GARCIA GUEVARA, FRANKLIN ALBERTO ORELLANA GIRON, JOSUE DAVID PORTILLO TOME, DARWIN ALEXANDER ESTEBAN ZALDIVAR, DIONISIO RAMOS RIVERA, FRANCISCO TORRES TORRES, GUILERMO ALFREDO MONTOYA MENDOZA, and JORGE HUMBERTY PAZ RAMIREZ and RONALD MANUEL TREMINIO TORRES (hereinafter collectively known as the Crew) all seamen who are citizens of countries other than the United States, namely Greece, Honduras, Guatemala, and Jamaica who for cause of action would respectfully show as follows:

I.

## Jurisdiction

This court has jurisdiction pursuant to 28 U.S.C. section 1333 and 46 U.S.C. section 10313. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure for the United States District Courts.

The Plaintiff seamen are all employed as crew members aboard the M/V ELEFTHERIA D, a vessel flying the flag of Panama, and are seamen who, under 28 U.S.C. section 1916, shall not be required to give security for costs upon the filing of this action.

II.

## Parties

The individual Plaintiff seamen are crewmembers of the M/V ELEFTHERIA D, who were employed under individual contracts of employment for their services to the vessel.

*In Rem* defendant, the M/V ELEFTHERIA D, her engines, tackle, apparel, boilers, equipment, and appurtenances, etc., is a vessel flying the flag of Panama, which is presently located at or near Andry Street Wharf in the Port of New Orleans, within the territorial jurisdiction of the U.S. District Court for the Eastern District of Louisiana.

Defendant Stanships, Inc. is a corporation organized under the laws of a state other than Louisiana who has appointed Gordon C. Starling, Jr., Wagner and Baggett, LLC, 650 Poydras Street, Suite 2660, New Orleans, Louisiana 70130 as its agent for service of process.

III.

### Background

On information and belief, the Plaintiff seamen were not paid their wages and employee benefits for the months of December 2010, January 2011 and February 2011.

At this time, Plaintiff seamen are collectively owed in excess of $113,000 U.S. Dollars, representing wages and benefits earned and due, but unpaid.

Plaintiffs are entitled to an accounting of the wages due to them.

Plaintiff seamen are additionally owed prejudgment interest on all wages and delay wages due them from date due until paid, see, *Cartagena v. Challenger Columbia, Inc.*, 685 F. Supp. 405 (S.D.N.Y. 1988) and *Smith v. Westtern Offshore, Inc.*, 590 F. Supp. 670 (D.C.La. 1984).

IV.

### Breach of Contracts with Individual Seamen

The failure of the Defendants to pay Plaintiffs' wages in a timely fashion is a breach of each Plaintiff seaman's contract of employment, obligating the Defendants to not only pay the past due wages, but also to repatriate each Plaintiff seaman to his domicile at Defendant's

expense, and to pay to each Plaintiff seaman termination pay, travel pay, and subsistence allowance.

## V.

### Statutory Delay Wages

In addition to the foregoing, Defendants' failure to timely pay each Plaintiff seaman their wages after demand without sufficient cause entitles each Plaintiff seaman to two (2) days' pay for each and every day of delay in accordance with 46 U.S.C. section 10213.

## VI.

### Attorney Fees and Costs

Plaintiffs are further entitled to an award of reasonable attorney's fees and costs incurred herein under the doctrine of *Vaughn v. Atkinson,* 82 S.Ct. 997, 369 U.S. 527 (U.S. Va. 1962) and *Lewis v. Texaco, Inc.,* 418 F.Supp. 27 (D.C.N.Y. 1976).

## VII.

### Maritime Lien

Plaintiff seamen's claim for wages, delay wages under 46 U.S.C. 10313, the expense of repatriation, termination pay, travel pay, subsistence allowance, attorney's fees, and costs all constitute a maritime lien against the vessel M/V ELEFTHERIA D, her engines, tackle, apparel, boilers, equipment, and appurtenances, etc., *in rem*, in an amount estimated to be at least $113,000 U.S. Dollars.

## VIII.

### Request for Warrant for Arrest of Vessel

Plaintiffs request that this court issue a warrant for the arrest of the M/V ELEFTHERIA

D, her engines, tackle, apparel, boilers, equipment, and appurtenances, etc., and that after due proceedings, said vessel be sold to satisfy Plaintiffs' claims.

IX.

### Present Location of the Vessel

Plaintffs advise the Court that the vessel is located at Andry Street Wharf of the Port of New Orleans, which is withing the United states District Court for Eastern District of Louisiana.

X.

### Loading and Unloading of Cargo to be Permitted Continue While the Vessel is Under Arrest

Plaintiffs further advise the Court that it is in the best interest of the Plaintiffs that this court issue an order allowing the loading and unloading of cargo to continue while the vessel is under arrest.

XI.

### The Vessel May Ship from Berth to Berth Within The Port of New Orleans While the Vessel is Under Arrest

To ensure the conditions required for the safe and efficient operation of the vessel, all within the jurisdiction of this Court, Plaintiffs further respectfully request that the Court authorize the vessel to shift anchorages or move from the cargo terminal, or to move from berth to berth, so long as the vessel remains within the Port of New Orleans while under arrest.

Moreover, in consideration of the Court's order to allow the loading and unloading of cargo and shifting of anchorages of the M/V ELEFTHERIA D withing the Port of New Orleans, Plaintiffs agree to release the United States and the United States Marshal's Service from any and all liability and responsibility arising out of the loading and unloading of cargo and/or shifting of

anchorages of the vessel.

Plaintiffs further agree to hold harmless and indemnify the United States and the United States Marshal's Service from any and all claims whatsoever arising out of the loading and unloading of cargo and shifting of anchorages of the vessel.

### Prayer

WHEREFORE, PREMISE CONSIDERED, Plaintiffs GEORGIOS KALLISTIS, PATRICIO MUNOZ, JOSE SIMEON ORTIZ REYES, MARCOS TULLIO ORELLANA TORRES, CARLOS IRRAEL ANDINO, PEDRO ARCHILA PINEDA, DANIAN KAMAR GREEN, ANTONIOS KAPANTAIS, JOSE LUIS HERNANDES GALEA, JUAN EDGARDO MARTINEZ, DANIEL GARCIA GUEVARA, FRANKLIN ALBERTO ORELLANA GIRON, JOSUE DAVID PORTILLO TOME, DARWIN ALEXANDER ESTEBAN ZALDIVAR, DIONISIO RAMOS RIVERA, FRANCISCO TORRES TORRES, GUILERMO ALFREDO MONTOYA MENDOZA, JORGE HUMBERTY PAZ RAMIREZ and RONALD MANUEL TREMINIO TORRES, pray that:,

    a)     Judgment be entered in their favor and against the Defendants, M/V ELEFTHERIA D, her engines, tackle, apparel, boilers, equipment, and appurtenances, etc., *in rem*, and Stanships Inc., *in personam*, for an accounting of all wages due to them.

    b)     An award of wages, delay wages, prejudgment interest, expenses of repatriation, termination pay, travel pay, and subsistence allowance,

    c)     A warrant of arrest issue herein for the arrest of the M/V ELEFTHERIA D, her engines, tackle apparel, boilers, equipment, and appurtenances, etc.,

d)  After due proceedings, the vessel be sold to satisfy the Plaintiff seamen's claims, and

e)  Such other and further relief to which Plaintiffs may show themselves entitled.

Respectfully submitted,

Steven E. Psarellis (Bar #18013)
Psarellis & Associates PLC
One Canal Place, Suite 2610
New Orleans, LA 70130
Tel: (504)596-6777
Fax:(504)524-0713
Email: Psarellis@gmail.com
ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGIOS KALLISTIS, | * | CIVIL ACTION |
| PATRICIO MUNOZ, | * | |
| JOSE SIMEON ORTIZ REYES, | * | NO. |
| MARCOS TULLIO ORELLANA TORRES | * | |
| CARLOS IRRAEL ANDINO | * | SECTION " " |
| PEDRO ARCHILA PINEDA | * | |
| DANIAN KAMAR GREEN | * | MAGISTRATE ( ) |
| ANTONIOS KAPANTAIS | * | |
| JOSE LUIS HERNANDES GALEA | * | |
| JUAN EDGARDO MARTINEZ | * | |
| DANIEL GARCIA GUEVARA | * | |
| FRANKLIN ALBERTO ORELLANA GIRON | * | |
| JOSUE DAVID PORTILLO TOME | * | |
| DARWIN ALEXANDER ESTEBAN ZALDIVAR | * | |
| DIONISIO RAMOS RIVERA | * | |
| FRANCISCO TORRES TORRES | * | |
| GUILERMO ALFREDO MONTOYA MENDOZA | * | |
| JORGE HUMBERTY PAZ RAMIREZ | | |
| RONALD MANUEL TREMINIO TORRES | * | |
| | * | |
| VERSUS | * | |
| | * | |
| M/V ELEFTHERIA D, engines, tackle, | * | |
| apparel, etc., *in rem*   and STANSHIP, INC., | * | |
| *in personam* | * | |

## VERIFICATION

BEFORE ME, the undersigned authority, personally came and appeared STEVEN E. PSARELLIS, who after being first sworn, did depose and state as follows:

1. I am counsel for GEORGIOS KALLISTIS, PATRICIO MUNOZ, JOSE SIMEON ORTIZ REYES, MARCOS TULLIO ORELLANA TORRES, CARLOS IRRAEL ANDINO, PEDRO ARCHILA PINEDA, DANIAN KAMAR GREEN, ANTONIOS KAPANTAIS, JOSE

1

LUIS HERNANDES GALEA, JUAN EDGARDO MARTINEZ, DANIEL GARCIA GUEVARA, FRANKLIN ALBERTO ORELLANA GIRON, JOSUE DAVID PORTILLO TOME, DARWIN ALEXANDER ESTEBAN ZALDIVAR, DIONISIO RAMOS RIVERA, FRANCISCO TORRES TORRES, GUILERMO ALFREDO MONTOYA MENDOZA, JORGE HUMBERTY PAZ RAMIREZ, RONALD MANUEL TREMINIO TORRES, movants in the above captioned litigation.

2. I have read the above and foregoing Verified Complaint in this action, and all the allegations of fact contained therein are true and correct to the best of my personal knowledge, information and belief.

3. The plaintiff seamen themselves are unable to sign this verification, as they are foreign nationals aboard a vessel.

4. The information contained in the Verified Complaint has been obtained directly from Plaintiffs and their employment records aboard the M/V ELEFTHERIA D.

FURTHER AFFIANT SAYETH NOT.

STEVEN E. PSARELLIS

SWORN AND SUBSCRIBED before me,
This 9th day of February, 2011

NOTARY PUBLIC
JULIAN G. BAUDIER, JR.
Notary Public, Parish of Orleans, State of La.
My Commission is issued for life.
La. State Bar # 2853

2